UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HERITAGE FOUNDATION, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) | Civil Action No. 23-0342 (CKK) |

**DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

Plaintiffs have moved this Court to compel the production of records responsive to their Freedom of Information Act ("FOIA") request, claiming unreasonable delay. Mot., ECF No. 15. Nothing in their motion accurately reflects either the work involved in processing the records or the actual timelines in this case.

As the parties previously reported in their November 16, 2023, Joint Status Report, the Federal Bureau of Investigation ("FBI") has completed its searches and responsiveness review. ECF No. 14, at 1. The result of that was approximately eighty-five pages, from which the FBI will process and produce the responsive, non-exempt, and segregable portions by January 31, 2024. *Id.* In other words, from the time the FBI completed its searches, it will have completed processing and production in less than two months. More importantly, the FBI's own anticipated date of production is just one month after Plaintiffs' requested date of production, December 22, 2023. *See* Mot., ECF No. 15, at 5.

Instead of accurately conveying these facts, Plaintiffs spend several pages discussing the general principle that courts can impose deadlines on FOIA searches and noting that the

complaint here was filed in February 2023. Mot. at 1-4. They also stress the seeming disconnect between the length of time taken and the total pages left to process. *Id*.

But this emphasis misses the point: the FBI has a responsibility under FOIA to be thorough in its searches, its processing, and its productions. Here, the FBI conducted initial searches, which in turn provided leads to potential other custodians which required further follow-up to satisfy the FBI's obligations. That a thorough search resulted in relatively few pages does not undermine either the thoroughness of the effort or the completeness of the result. Plaintiffs seem to insist that the FBI should have known early in the process that its searches would identify only eighty-five pages, and that the intervening length of time is all the more unreasonable as a result, but this is clearly not the case.

Plaintiffs' reliance on cases involving expedited processing, accelerated production schedules, and the general principle that agencies must allocate resources to satisfy their FOIA obligations is misplaced. As this Court is no doubt aware, given the immense number of FOIA cases filed annually, every agency faces significant burdens in working through their FOIA queue. Here, the FBI acted diligently and thoroughly in completing both the initial searches as well as investigating additional leads generated therefrom, and is processing the resulting pages promptly and reasonably, especially considering the intervening end-of-year holiday season.

Plaintiffs' motion to compel records one month faster than the FBI is already intending to produce them should therefore be denied.

\*   \*   \*

Dated: December 6, 2023
    Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
kartik.venguswamy@usdoj.gov
Tel: (202) 252-1790

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, *et al.*,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>U.S. DEPARTMENT OF JUSTICE,  )<br>  )<br>Defendant.  )<br>  ) | Civil Action No. 23-0342 (CKK) |

### **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Compel Production, and the entire record, it is hereby ORDERED that the motion is DENIED without prejudice.

SO ORDERED:

_____    _____
Date                                                    United States District Judge